James Karlos, Executor of Last Will of John Pagonas, Deceased, Plaintiff-Appellant, v. George Pappas, Defendant-Appellee.

Gen. No. 10,762.

Hall, Meyer & Van Deusen for appellant; Marshall Meyer, of counsel; Lidschin & Pucin, for appellee; Glenn K. Seidenfeld, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed September 13, 1954; released for publication September 29, 1954.